**TRIVELLA & FORTE, LLP**
ATTORNEYS AT LAW
1311 MAMARONECK AVENUE, SUITE 170
WHITE PLAINS, NEW YORK 10605
TELEPHONE (914) 949-9075
FACSIMILE (914) 949-4752

January 28, 2020

*Initial Pretrial Conf. on Jan. 30, 2020 is adjourned sine die. Counsel are directed to submit a completed Case Management Plan to chambers on or before Feb. 3, 2020. Clerk of the Court requested to terminate the motion (doc. 19).*

*Dated: Jan. 28, 2020*

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Nelson S. Román
United States Courthouse
300 Quarropas St., Ctrm 218
White Plains, NY 10601-4150

Re:   **Gonzalez et al v. Fresh Start Painting Corp.**
       **Case No. 18-cv-11124-NSR**
       **Request to Adjourn 1/30/20 Initial Conference (On Consent)**

Dear Judge Román:

   This office is counsel to Defendant. I write with consent of counsel for Plaintiffs to request an adjournment of the Initial Conference. The reason for the request is that your undersigned is attempting to complete depositions in another matter pursuant to a court ordered deadline of 1/31/20, and I am otherwise scheduled to attend the NYSBA House of Delegates meeting this Friday.

   This is the first request to adjourn the conference. Counsel propose the following dates: 2/6/20 and 2/14/20.[1]

   Counsel for Plaintiffs advises that she is otherwise in the process of sending me a proposed discovery worksheet.

   Thank you for your consideration of this request.

Respectfully submitted,

TRIVELLA & FORTE, LLP

/s/ *Arthur J. Muller III*

BY: ARTHUR J. MULLER III

cc: Plaintiffs' Counsel (via ECF)

---

[1] I note I am scheduled to start trial in the Eastern District on 2/10/20. It is presently unclear whether continuing days for trial will be scheduled on 2/14/20.