> Application granted. The Case Management Conference scheduled for November 20, 2020 is adjourned *sine die*.
>
> The parties shall, within five days after the close of discovery, submit a joint letter to the Court advising of same.
>
> The Clerk of the Court is respectfully directed to terminate the pending motion sequence at Doc. 39.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>            November 17, 2020

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re:  *Norlan Gonzalez, et al. v. Fresh ...*
      Case No. 18-cv-11124-PMH-PED

Dear Judge Halpern:

Counsel for the parties write to jointly request an adjournment of the November 20, 2020 case management conference set forth in the Civil Case Discovery Plan and Scheduling Order (Doc. 23) given the reassignment to Your Honor and prior conferences held with Judge Davison to a date to-be-determined once discovery is complete.

This is the parties' first request to adjourn this conference.

Thanking Your Honor for your consideration.

Respectfully submitted,

| | |
|---|---|
| TARTER KRINSKY & DROGIN LLP | TRIVELLA & FORTE, LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| | |
| By: s/Tara T. Carolan | By: s/Arthur J. Muller, III |
| Laurent S. Drogin | Arthur J. Muller, III |
| Tara T. Carolan | 1311 Mamaroneck Avenue, Suite 170 |
| 1350 Broadway, 11th Floor | White Plains, NY 10605 |
| New York, NY 10018 | (914) 949-9075 |
| (212) 216-8000 | aj@tfsllp.com |
| ldrogin@tarterkrinsky.com | |
| tcarolan@tarterkrinsky.com | |