Application granted. The parties' Joint Pretrial Order shall be filed by May 28, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 48.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         May 21, 2021

**TRIVELLA & FORTE, LLP**
ATTORNEYS AT LAW
1311 MAMARONECK AVENUE, SUITE 170
WHITE PLAINS, NEW YORK 10605
TELEPHONE (914) 949-9075
FACSIMILE (914) 949-4752

May 20, 2021

500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *Norlan Gonzalez, et al. v. Fresh Start Painting Corp., et al.*
           Case No. 18-cv-11124-PMH-PED
           **Joint Request for Extension to File JPTO**

Dear Judge Halpern:

    This office is counsel to Defendants. I write jointly with counsel for Plaintiffs to request a brief one-week extension of time to file a Joint Pre-Trial Order in this matter. On May 14, 2021 Your Honor's issued an Order directing the JPTO to be filed by this Friday, May 21, 2021. The parties are diligently working toward completing the JPTO and conferring regarding applicable exhibits, objections and stipulations and respectfully request an additional week to finalized and submit the JPTO.

    As such, the parties jointly request an extension to May 28, 2021 to file.

    Thank you for your for consideration.

           Respectfully submitted,

           **TRIVELLA & FORTE, LLP**

           By: _s/Arthur J. Muller III____
           Arthur J. Muller III
           *Attorneys for Defendants*
           1311 Mamaroneck Avenue, Suite 170
           White Plains, NY 10605
           (914) 949-9075