UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORLAN GONZALEZ, et al.,

               Plaintiffs,

-against-

FRESH START PAINTING CORP., et al.,

               Defendants.

**ORDER**

18-CV-11124 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court hereby advances the deadline for the parties to submit their Individual Practices Rule 6(B) submissions from November 19, 2021 to November 12, 2021.

Accordingly, the parties' Rule 6(B) submissions, which includes motions in limine, proposed joint voir dire, joint requests to charge, joint verdict form, and pretrial memoranda, if any, shall be submitted in accordance with the Court's Individual Practices (dated May 25, 2021) by **November 12, 2021**.

SO ORDERED:

Dated: White Plains, New York
          November 5, 2021

_____
PHILIP M. HALPERN
United States District Judge