UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORLAN GONZALEZ, et al.,

               Plaintiffs,

-against-

FRESH START PAINTING CORP., et al.,

               Defendants.

**ORDER**

18-CV-11124 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Oral argument has been scheduled on the pending motion for attorneys' fees. Argument will be held on February 10, 2022 at 2:00 p.m. in Courtroom 520 of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

                                        **SO ORDERED:**

Dated:   White Plains, New York
           February 7, 2022

                                        PHILIP M. HALPERN
                                        United States District Judge