<div style="float:right; border:1px solid black; padding:5px;">
Request for adjournment granted.

The oral argument scheduled for February 10, 2022 will be held in Courtroom 520 at 3:30 p.m. on February 28, 2022.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 84.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         February 9, 2022
</div>

# TRIVELLA & FORTE, LLP
### ATTORNEYS AT LAW
1311 MAMARONECK AVENUE, SUITE 170
WHITE PLAINS, NEW YORK 10605
TELEPHONE (914) 949-9075
FACSIMILE (914) 949-4752

February 8, 2022

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States Courthouse
300 Quarropas St., Ctr. 520
White Plains, NY 10601

Re:   *Norlan Gonzalez, et al. v. Fresh Start Pa[inting]*
      Case No. 18-cv-11124-PMH
      **Request to Adjourn February 10, 2022 Oral Argument**

Dear Judge Halpern:

This office is counsel to Defendants. The Parties are in receipt of Your Honor's recent Order directing the Parties to appear for oral argument on the present fee application. I presently have my closing scheduled and locked in for February 10, 2022 at 1:00 p.m. on Long Island. This is for the purchase of *my own* property (first home). I am the primary counsel on this matter and would be arguing the motion. I conveyed this conflict to Counsel Hershberg, who has consented to adjourn the oral argument. The Parties have conferred regarding alternative dates of availability, and subject to the Court's approval, propose the following dates:

- February 28, 2022 (after 2:00 p.m.);
- March 2, 2022;
- March 4, 2022;
- March 9, 2022;

.
Counsel for Plaintiffs consent to this application. Thank you for your attention and consideration of this request.

Respectfully submitted,

**TRIVELLA & FORTE, LLP**

By: _s/ Arthur J. Muller III_
Arthur J. Muller III
*Attorneys for Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
(914) 949-9075

cc: Plaintiffs' Counsel (via ECF)