# Trivell[a & Forte, LLP]

**Westchester**
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605

ATTORN[EYS AT LAW]
Telephone:
Facsimile:
info@

> Application granted.
>
> The parties shall file the paperwork required by *Cheeks* and its progeny on or before September 13, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 90.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             September 1, 2022

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States Courthouse
300 Quarropas St., Ctr. 520
White Plains, NY 10601

Re:   *Norlan Gonzalez, et al. v. Fresh Start Painting Corp., et al.*
      Case No. 18-cv-11124-PMH
      **JOINT Request to Extend Date for *Cheeks* Submission**

Dear Judge Halpern:

This office is counsel to Defendants. The Parties are in receipt of Your Honor's recent August 26, 2022 Order (ECF 89) determining the amount of attorneys' fees and costs pursuant to the prior So-Ordered Stipulation (ECF 77). The recent Order directed a *Checks* submission to be filed within 10-days (or September 6, 2022 accounting for Labor Day). Due to the timing of Order and respective schedules of Counsel, the parties request a short extension of this deadline to September 13, 2022.

The Plaintiffs' Counsel has advised they are already working on draft documents for the submission and the parties are also engaged in potential further discussion of payment terms in light of recent determination.
.
Counsel for Plaintiffs have reviewed and consent to this application. Thank you for your attention and consideration of this request.

Respectfully submitted,

**TRIVELLA & FORTE, LLP**

By:  _s/ Arthur J. Muller III_____
Arthur J. Muller III
*Attorneys for Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
(914) 949-9075

cc: Plaintiffs' Counsel (via ECF)