

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

> Application granted.
>
> The parties shall file the paperwork required by *Cheeks* and its progeny on or before September 27, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 94.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        September 21, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
300 Quarropas St.
Courtroom 520
White Plains, NY 10601-4150

    Re:    *Gonzalez, et al. v. Fresh Start Painting Corp., et al.*
             Case No. 18-cv-11124
             Third Joint Letter Request to Extend Date for *Cheeks* Submission

Dear Judge Halpern:

    This firm is counsel for Plaintiffs in the above-referenced action. Per the Courts recent Order, the Parties are to file their *Cheeks* submission today, September 20, 2022. We write to inform Your Honor that, although the Parties reached agreement on all issues regarding their settlement as of Monday, September 19, Plaintiffs' counsel has not yet been able to have the final agreement translated into Spanish for Plaintiffs' benefit.

    In light of this remaining requirement, and with their sincere apologies to the Court, the Parties respectfully request an additional one-week extension, until September 27, 2022, of their deadline to submit their *Cheeks* submission for the Court's review and approval.

    The Court has granted two extensions prior to this request. Counsel for Defendants have reviewed this request and provided their approval. We thank the Court for its consideration.

                                           Respectfully submitted,

                                           **TARTER KRINSKY & DROGIN LLP**

                                           By:   *s/ Jonathan S. Hershberg*
                                                   Jonathan S. Hershberg
                                           1350 Broadway, 11th Floor
                                           New York, NY 10018
                                           (212) 216-8000
                                           jhershberg@tarterkrinsky.com
                                           *Attorneys for Plaintiffs*